NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNILOC 2017 LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

_____

2022-1257

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00756.

_____

**JUDGMENT**

_____

DONALD LEE JACKSON, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellant. Also represented by JAMES ETHERIDGE, RYAN S. LOVELESS, Etheridge Law Group, Southlake, TX.

JASON E. STACH, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Atlanta, GA, argued for appellee. Also represented by BENJAMIN AARON SAIDMAN; ERIKA ARNER, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, MAYER and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2023 　　/s/ Peter R. Marksteiner
Date 　　Peter R. Marksteiner
　　Clerk of Court